IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBERT H. ROGERS,            )
                             )
            Plaintiff,       )
                             )
    v.                       )        1:20CV32
                             )
EMERALD CAMPBELL, et al.,    )
                             )
            Defendant(s).    )

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on February 6, 2020, was served on the parties in this action. (ECF Nos. 4, 5.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted.

This, the 4th day of March 2020.

/Loretta C. Biggs
United States District Judge